IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 22 CR 58-2 |
| | ) | |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| Mark Henkel | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

    Change of plea hearing held on 2/13/2026. Defendant Mark Henkel withdraws plea of not guilty and enters plea of guilty to Count 4 of the Superseding Indictment. Defendant is informed of his rights and knowingly waives them. The Court accepts the plea agreement and enters judgment of guilty as to Count 4 of the Superseding Indictment. Order cause referred to the Probation Office for a presentence investigation report. The Court directs the Probation Office to disclose the sentencing recommendation to both the Government and defense counsel. Sentencing memorandum and objections to PSR to be filed by 6/17/2026. Responses to be filed by 6/27/2026. Sentencing hearing set for 7/1/2026 at 10:30 a.m. Defendant shall remain released pending sentencing subject to the previously ordered conditions of release. Enter Plea Agreement.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(0:20)

Date: February 13, 2026

                                        Hon. Elaine E. Bucklo
                                        United States District Judge