IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | | 22 CR 58 |
| MARK HENKEL, | | Judge Elaine E. Bucklo |
| Defendant. | | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes the Petitioner, Jonathan S. Bedi of Bedi & Singer, LLP, to request this Honorable Court to grant the Petitioner's leave of court to withdraw as counsel for Defendant. In support of this motion, the Petitioner states the following:

1. The undersigned counsel was appointed to represent the defendant under the CJA. (Dkt. 84).

2. At all junctures during Petitioner's representation of the Defendant, the Petitioner has exercised due diligence and zealously advocated on the Defendant's behalf.

3. That the Petitioner has, at all times, sought to advance the legal interests of the Defendant in the proceedings now before the Court.

4. That communication between the client and attorney has broken down beyond repair. Counsel can no longer continue to represent the Defendant.

Wherefore, the Petitioner, Jonathan S. Bedi of Bedi & Singer, LLP, respectfully requests this Honorable Court grant the Petitioner's request to withdraw as counsel for the Defendant and appoint another attorney from the CJA panel.

Respectfully Submitted,

s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd., Suite 1101
Chicago, IL 60604
(o) 312-525-2017

**<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan S. Bedi,  hereby certify that I caused a copy of the foregoing to be electronically filed with the CM/ECF system.

        <u>/s/ Jonathan S. Bedi</u>
        Jonathan S. Bedi
        Bedi & Singer, LLP
        53 West Jackson Blvd., Suite 1101
        Chicago, IL 60604
        (312) 525 2017